

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:18-mj-609-EJY |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| LAURAN J. BOATWRIGHT, ) | |
| ) | |
| Defendant. ) | |

On September 4, 2019, the defendant pleaded guilty and was sentenced to Count one of the Complaint – Operating a Motor Vehicle Under the Influence of Alcohol, a violation of 36 C.F.R. § 4.23(a)(1), a Class B misdemeanor. Pursuant to the plea agreement, the defendant was ordered to pay $200.00 Fine, $10.00 Assessment and $30.00 Processing Fee.

However, the $30 Processing Fee does not apply when the citation has been converted to a Complaint.

**IT IS HEREBY ORDERED** that the Processing Fee of $30.00 is to be reimbursed to Lauran J. Boatwright, 2644 Southern Avenue, Kingman, AZ 86401.

DATED this 10th day of September 2019.

_____
ELAYNA J. YOUCHAH
United States Magistrate Judge