RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
Nevada State Bar No. 14655C
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Lauran Jeanette Boatwright

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-mj-609-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CHECK HEARING (FIRST REQUEST)** |
| v. | |
| LAURAN JEANETTE BOATWRIGHT, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Lauran Jeanette Boatwright, that the Status Check Hearing currently scheduled on April 7, 2020 at 1:30 pm, be vacated and continue to Tuesday, July 21, 2020 at 1:30 p.m.

This Stipulation is entered into for the following reasons:

1.      Defense counsel requests additional time for defendant to complete all court ordered conditions.

2.      The defendant is not in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

1         This is the first request for a continuance of the status check hearing.

2         DATED this 6th day of April, 2020.

3

4    RENE L. VALLADARES           NICHOLAS A. TRUTANICH
     Federal Public Defender            United States Attorney

5

6    By */s/ Katherine A. Tanaka*       By */s/ Rachel Kent*
     KATHERINE A. TANAKA        RACHEL KENT

7    Assistant Federal Public Defender    Special Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

LAURAN JEANETTE BOATWRIGHT,

        Defendant.

Case No. 2:18-mj-609-EJY

**ORDER**

      IT IS THEREFORE ORDERED that the status check hearing currently scheduled for Tuesday, April 7, 2020 at 1:30 p.m., be vacated and continued to Tuesday, July 21, 2020 at the hour of 1:30 p.m. in Courtroom 3D

      DATED this 6th day of April, 2020.

UNITED STATES MAGISTRATE JUDGE