RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
702-388-6577 Phone
Katherine_Tanaka@fd.org

Attorney for Lauran Boatwright

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No2:18-mj-0609-EJY |
| Plaintiff, | **STIPULATION TO VACATE STATUS HEARING AND CLOSE CASE** |
| v. | |
| LAURAN JEANETTE BOATWRIGHT | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between United States Attorney Nicholas A. Trutanich and Special Assistant United States Attorney Rachel L. Kent, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Defender Katherine Tanaka, counsel for Lauran Boatwright that the status hearing previously scheduled for July 21, 2020 at 1:30 p.m. be vacated and the case closed.

This Stipulation is entered into for the following reasons:

1.     Defendant was charged with Operating a motor vehicle under the influence of alcohol and/or drugs in violation of 36 C.F.R. § 4.23(a)(1); Refusal to submit to a chemical test in violation of 36 C.F.R. § 4.23(c)(2); Reckless driving in violation of 36 C.F.R. § 4.2 and NRS 484B.653(1); and Driving with a suspended driver's license in violations of 36 C.F.R. § 4.2(b) and NRS 483.560(1).

2.      On September 4, 2019, Defendant pleaded guilty to operating a motor vehicle under the influence of alcohol and/or drugs in violation of 36 C.F.R. § 4.23(a)(1) and was sentenced to pay a fine of $200 with a $10 assessment fee and one year of unsupervised probation with the following conditions requiring Ms. Boatwright (1) to complete a DUI and VIP course; (2) not to violate any local, state, or federal laws; and (3) not to enter the Lake Mead National Recreation Area for a period of (12) twelve months.  ECF No. 22.  The remaining charges were dismissed.  *Id.*

3.      Defendant has successfully completed the conditions.  Defendant has paid her fine in full and completed a DUI and VIP course.  She has reported she has not violated any local, state, or federal laws and that she has not entered the Lake Mead National Recreation.

4.      The Government is satisfied Defendant has completed the conditions of her sentencing.

5.      Because Defendant has successfully completed the terms of her sentencing, the parties request the Court vacate the status hearing and ask that the case be closed.

DATE:  July 21, 2020


RENE L. VALLADARES                          NICHOLAS A. TRUTANICH
Federal Public Defender                       United States Attorney

   */s/ Katherine Tanaka*                        */s/ Rachel L. Kent*
By_____          By_____
KATHERINE TANAKA                          RACHEL L. KENT
Assistant Federal Public Defender             Special Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

LAURAN JEANETTE BOATWRIGHT

          Defendant.

Case No. 2:18-mj-0609-EJY

~~[PROPOSED]~~ ORDER

## ORDER

Based on the pending Stipulation of counsel, the Court finds Defendant has successfully completed the conditions of her sentencing.

IT IS THEREFORE ORDERED that the status hearing scheduled for July 21, 2020, at 1:30 p.m. is vacated and the case is closed.

DATED this 21st day of July, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

3